FILED

04/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 23-0575

_____

R. Held, et al.,

     Plaintiffs and Appellees,               O R D E R

v.

State, et al.,

     Defendants and Appellants.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.  After reviewing Montana Interfaith Power and Light's amicus brief filed electronically on April 3, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 11(4)(a) requires that an amicus brief shall not exceed 5,000 words. Montana Interfaith Power and Light's certificate of compliance states that the amicus brief word count does not exceed 10,000 words.  The amicus brief's actual total word count is 7,956, not including the table of contents, table of citations, certificate of service, certificate of compliance, or any appendix.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order Montana Interfaith Power and Light shall electronically file with the Clerk of this Court a

revised brief containing the revisions necessary to comply with the specified Rule and that they shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to Montana Interfaith Power and Light and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
April 4 2024